Amy L. Thompson, Esq.
Nevada Bar No. 11907
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
athompson@littler.com

Amanda M. Breemes, Esq.
*Pro Hac Vice Forthcoming*
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, Arizona 85016
Telephone: 602.474.3600
Facsimile: 602.957.1801
abreemes@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MECHELLE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:26-cv-02344-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff MECHELLE JOHNSON and Defendant AMAZON.COM SERVICES LLC, through their counsel, hereby stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of September 1, 2026, up to and including **October 1, 2026.**

The requested extension is reasonable and necessary because counsel for Defendant has just recently been retained and requires additional time to investigate the allegations and file a proper response.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: August 21, 2026

GREENBERG GROSS, LLP

*/s/ Erik K. Lundy, Esq.*
Matthew T. Hale, Esq.
Erik K. Lundy, Esq.

Attorneys for Plaintiff
MECHELLE JOHNSON

LITTLER MENDELSON, P.C.

*/s/ Amy L. Thompson, Esq.*
Amy L. Thompson, Esq.
Amanda M. Breemes, Esq.

Attorneys for Defendant
AMAZON.COM SERVICES LLC

**IT IS SO ORDERED.**

Dated: 8-25-26

UNITED STATES MAGISTRATE JUDGE



LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

4904-0662-5737 / 114766.1406