Amy L. Thompson, Esq.
Nevada Bar No. 11907
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
athompson@littler.com

Amanda M. Breemes, Esq.
*Pro Hac Vice Pending*
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, Arizona 85016
Telephone: 602.474.3600
Facsimile: 602.957.1801
abreemes@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MECHELLE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:26-cv-02344-GMN-MDC<br><br>**~~STIPULATION AND~~ ORDER TO RESET DATE FOR EARLY NEUTRAL EVALUATION AND [PROPOSED] ORDER**<br><br>**FIRST REQUEST** |

Plaintiff MECHELLE JOHNSON ("Plaintiff") and Defendant AMAZON.COM SERVICES LLC ("Amazon") stipulate and jointly request that the Court reschedule the Early Neutral Evaluation ("ENE") currently set by the Court's October 5, 2026 Order (ECF No. 16) for November 18, 2026, at 10:00 a.m. before Magistrate Judge Daniel J. Albregts because Amazon's client representative will be out of the country on that date. After meeting and conferring regarding

///

///

alternative dates, the parties are available for the ENE on December 8, 9, 14, 16, or 17.

This request is made in good faith and not for the purpose of delay.

Dated: October 19, 2026

*/s/ Eric K. Lundy*
Matthew T. Hale, Esq.
Erik K. Lundy, Esq.
GREENBERG GROSS, LLP

Attorneys for Plaintiff
MECHELLE JOHNSON

Dated: October 19, 2026

*/s/ Amy L. Thompson*
Amy L. Thompson, Esq.
Amanda M. Breemes, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
AMAZON.COM SERVICES LLC

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 18) is GRANTED. IT IS FURTHER ORDERED that the ENE scheduled for November 18, 2026, is VACATED.

However, the Court is not available on the dates that the parties propose. So, IT IS FURTHER ORDERED that the parties must file a stipulation to reschedule the ENE, which stipulation must contain five dates on which all parties are available beginning in January of 2027. IT IS FURTHER ORDERED that this stipulation is due on or before November 10, 2026.

4924-0868-0664 / 114766.1406

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: October 20, 2026