Amy L. Thompson, Esq.
Nevada Bar No. 11907
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
athompson@littler.com

Amanda M. Breemes, Esq.
*Admitted Pro Hac Vice*
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, Arizona 85016
Telephone: 602.474.3600
Facsimile: 602.957.1801
abreemes@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MECHELLE JOHNSON,

Plaintiff,

v.

AMAZON.COM SERVICES LLC, a Delaware limited liability company,

Defendant.

Case No. 2:26-cv-02344-GMN-MDC

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**

**SUBMITTED IN COMPLAINCE WITH LR 26-1(b)**

Plaintiff MECHELLE JOHNSON and Defendant AMAZON.COM SERVICES LLC submit this Stipulated Discovery Plan and Scheduling Order under Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(b).

**1. Rule 26(f) Conference:**

On November 5, 2026, counsel for Plaintiff, Eric K. Lundy, Esq. of Greenberg Gross, LLP, and counsel for Defendant, Amy L. Thompson, Esq. and Amanda M. Breemes, Esq. of Littler Mendelson, P.C., met to discuss relevant discovery issues, possible early resolution of the matter,

and other pertinent issues. Further to the parties' discussion, the parties agree that they will submit their initial disclosures on or before November 20, 2026.

**2. Discovery Cut-Off Date:**

The parties request a discovery period of one hundred eighty (180) days from October 1, 2026, the date Defendant Amazon.com Services LLC filed its response to the Complaint. Accordingly, all discovery must be completed no later than Tuesday, March 30, 2027.

**3. Amending the Pleadings and Adding Parties:**

The date for filing motions to amend the pleadings or to add parties shall not be later than ninety (90) days prior to the discovery cut-off date and, therefore, not later than December 30, 2026.

**4. Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):**

In accordance with Rule 26(a)(2), initial disclosures identifying experts shall be made sixty (60) days prior to the discovery cut-off date and, therefore, not later than January 29, 2027. Disclosures identifying rebuttal experts shall be made thirty (30) days after the initial disclosure of experts. Because the thirtieth day falls on Sunday, February 28, 2027, rebuttal expert disclosures shall be made not later than Monday, March 1, 2027.

**5. Dispositive Motions:**

The parties shall file dispositive motions not more than thirty (30) days after the discovery cut-off date and, therefore, not later than April 29, 2027. If the discovery period is extended, the dispositive-motion deadline shall be extended for the same duration, to no later than thirty (30) days after the subsequent discovery cut-off date.

**6. Pretrial Order:**

The Pretrial Order shall be filed by June 1, 2027, because the date thirty (30) days after the dispositive-motion deadline falls on Saturday, May 29, 2027, and the following Monday is a legal holiday. If dispositive motions are filed, the deadline shall be suspended until thirty (30) days after dispositive motions are decided or further Court order. Any extension of discovery shall extend this deadline accordingly.

LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

**7. Fed. R. Civ. P. 26(a)(3) Disclosures:**

The disclosures required by Federal Rule of Civil Procedure 26(a)(3) and any objections thereto shall be included in the Pretrial Order.

**8. Alternative Dispute Resolution:**

The parties certify that they have met and conferred about possible alternative dispute resolution processes, including mediation, arbitration, and early neutral evaluation. Pursuant to Local Rule 16-6, this matter has been assigned to the Early Neutral Evaluation program.

**9. Alternative Forms of Case Disposition:**

The parties certify that they have considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73 and the use of the Short Trial Program under General Order 2013-01 and do not elect these options at this time.

**10. Electronic Evidence:**

The parties certify that they have discussed whether they intend to present evidence electronically to jurors for deliberations. Discussions will continue as trial approaches, and the parties intend to use a format compatible with the Court's electronic jury evidence display system.

**11. Extensions or Modifications of the Discovery Plan and Scheduling Order:**

In accordance with Local Rule 26-3, a stipulation or motion to modify or extend this discovery plan and scheduling order must be made no later than twenty-one (21) days before expiration of the subject deadline.

**12. Subjects and Order of Discovery:**

The parties agree that there is no need for discovery to be conducted in phases or to be limited or focused upon particular issues. At this point, the parties anticipate conducting discovery on all discoverable matters relevant to issues raised by the Complaint, and any subsequent pleadings, consistent with the Federal Rules of Civil Procedure and the Local Rules of the District of Nevada.

**13. Electronic Service:**

The parties' attorneys of record in this matter are registered users with the Court's electronic filing system and as such, consent to electronic service of all documents and things

LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

electronically filed with the Court, except for pleadings and other documents set forth in Fed. R. Civ. P. 4. For documents and things that are not filed with the Court, the parties, in accordance with Fed. R. Civ. P. 5(b)(2)(F), each consent to electronic service of the same as follows: for Plaintiff, service shall be made by email to ELundy@ggTrialLaw.com, MHale@GGTrialLaw.com, and BCunningham@GGTrialLaw.com; and for Defendant, service shall be made by email to emelwak@littler.com, athompson@littler.com, abreemes@littler.com, vicramirez@littler.com.

**14. Changes and Limitations on Discovery:**

No changes in limitations, other than as specified herein, set by either the Federal Rules of Civil Procedure or the Local Rules for the District of Nevada are requested at this time.

Dated: November 6, 2026

*/s/ Eric Lundy, Esq.*
Matthew T. Hale, Esq.
Eric K. Lundy, Esq.
GREENBERG GROSS, LLP

Attorneys for Plaintiff
MECHELLE JOHNSON

Dated: November 6, 2026

*/s/ Amy Thompson, Esq.*
Amy L. Thompson, Esq.
Amanda M. Breemes, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
AMAZON.COM SERVICES LLC

**IT IS SO ORDERED.**

Dated: November 6, 2026.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE